# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

153377

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CHELSIE BARKER, a Minor, by her
Conservator HOWARD T. LINDEN,
       Plaintiff-Appellant,

v

HUTZEL WOMEN'S HOSPITAL,
       Defendant-Appellee,
and

DETROIT MEDICAL CENTER/WAYNE
STATE UNIVERSITY,
       Defendant.

SC: 153377
COA: 321857
Wayne CC: 07-729813-NH

_____/

On order of the Court, the application for leave to appeal the December 8, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017



Clerk

t0117